UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR | : | Case No. 3:11-cv-457 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael A. Newman |
| vs. | : | |
| ALLSTATE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORTS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Docs. 9, 14); and (2) DENYING PLAINTIFF'S MOTION FOR DEFAULT AND/OR REMAND (Doc. 8)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael A. Newman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 13, 2012 and January 25, 2012, submitted Reports and Recommendations. (Docs. 9 and 14, respectively). Subsequently, Plaintiff filed objections to the Reports and Recommendations (Docs. 13, 16) and the Defendants filed responses (Docs. 12, 17).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Reports and Recommendations should be and are hereby adopted.

Accordingly, the Reports and Recommendations (Docs. 9, 14) are **ADOPTED** in full and Plaintiff's Motion for Default Judgment and/or Motion to Remand (Doc. 8) is **DENIED**.

**IT IS SO ORDERED.**

Date: 2/3/12

Timothy S. Black
United States District Judge