**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

SHARON TAYLOR,

   Petitioner,    :  Case No. 3:11-cv-457

 -vs-

               Judge Timothy S. Black
               Magistrate Judge Michael J. Newman

ALLSTATE INSURANCE
  COMPANY,

   Defendant.    :

**ORDER REGARDING DOCUMENT 20**

For good cause *s*hown, Defendant's motion to substitute a party (doc. 20) is **GRANTED**. The correct named Defendant in this case is "Allstate Property and Casualty Insurance Company." All pleadings filed in this case hereafter shall refer to this name and none other. To that end, the Clerk of Courts is **ORDERED** to change the docket sheet to reflect this new name. Plaintiff, likewise, is **ORDERED** to refer to this name in every document she files thereafter with the Court or sends to opposing counsel.

 **IT IS SO ORDERED.**

February 13, 2012              s/ **Michael J. Newman**
                    United States Magistrate Judge