## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

SHARON TAYLOR,

         Plaintiff,

       -vs-

ALLSTATE INSURANCE COMPANY,

         Defendant.

:

:

:

Case No. 3:11-cv-457

District Judge Timothy S. Black
Magistrate Judge Michael J. Newman

---

### ORDER

---

The Court recently issued a Scheduling Order (doc. 19) following a telephone conference with both parties. Now before the Court is *pro se* Plaintiff's self-styled "response" to that Scheduling Order "with Plaintiff's written objections" (doc. 22). The Court liberally construes this document in Plaintiff's favor as her motion to reconsider the Scheduling Order.

In her response, *pro se* Plaintiff formally objects to the Scheduling Order on the basis that this Court lacks jurisdiction over her case. The Court advises *pro se* Plaintiff that this case was properly removed to this Court from the Shelby County Court of Common Pleas. The Shelby County Common Pleas Court, therefore, no longer has jurisdiction over this matter.

Plaintiff's objections to the Scheduling Order, therefore, while noted for the record, are found without merit. Accordingly, her motion to reconsider (doc. 22) is **DENIED**.

Defendant's motion to strike *pro se* Plaintiff's response (doc. 25) is **MOOT** and **DENIED**.

The Scheduling Order stands as issued.

February 22, 2012

                               s/ **Michael J. Newman**
                               United States Magistrate Judge