UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR | : | Case No. 3:11-cv-457 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael A. Newman |
| vs. | : | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

## DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 38); (2) DISMISSING PLAINTIFF'S COMPLAINT (Doc. 2); AND (3) TERMINATING THIS CASE FROM THE DOCKET OF THE COURT

This civil action is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael A. Newman. Pursuant to such reference, the Magistrate Judge *sua sponte* submitted a Report and Recommendation on April 11, 2012. (Doc. 38). Subsequently, Defendant filed a memorandum in support, requesting that the case be dismissed with prejudice based on: (1) Plaintiff's refusal to serve initial disclosures as order by the Court; (2) Plaintiff's failure to comply with the Court's show cause order; (3) Plaintiff's refusal to comply with the Court's Order for an inspection of Plaintiff's real property; (4) Plaintiff's failure to respond to written discovery; and (5) Plaintiff's threats toward defense counsel to file suit against them personally and threatening criminal action against them. (Doc. 39). Plaintiff did not file objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. It is clear from the record that the Magistrate Judge advised Plaintiff on numerous occasions that her case would be dismissed if she did not comply with Court Orders. (*See* Docs. 29, 30, 34). Still, Plaintiff ignored the warnings and orders of this Court. Accordingly, upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted.

Accordingly, the Report and Recommendation (Doc. 38) is **ADOPTED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Date: 5/7/12

*Timothy S. Black*
Timothy S. Black
United States District Judge