UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**SHARON TAYLOR,**

    Plaintiff,

**-vs-**

**CASE NO.   3:11-CV-457**

**Judge Timothy S. Black**
**Magistrate Judge Michael J. Newman**

**ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation (Doc. 38) of the United States Magistrate Judge is **ADOPTED**; the Complaint (Doc. 2) is **DISMISSED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  May 7, 2012                             **JAMES BONINI, CLERK**

                                                      By: *s/ M. Rogers*
                                                           Deputy Clerk